UNITED STATES DISTRICT COURT
-------------------------------------------------------------------X
JANE DOE

                     Plaintiff,

  -against-                                                             Civil Action No. 23CVO3051

STEPHEN M. ROSS                                            **Affidavit of Service**

                     Defendant(s),
-------------------------------------------------------------------X

      I, David Campbell, being duly sworn, deposes and says that I am over 18 years of age and not a party to this action, that on **April 13th, 2023** at approximately **4:23 PM**, I served a true copy of the within **SUMMONS, VERIFIED COMPLAINT**, bearing Civil Action No. 23CVO3051 in reference to the above action at **35 Hudson Yards NY, NY 10001**, upon Stephen M. Ross, in the following manner:

      By delivering to and leaving said papers with a **Rory DOE (Last Name Refused)**, a person of suitable age and discretion, who identified as a front desk attendant who works at the above address, and who knew the person so served and receive service of process and was authorized to receive such service. The person served is described as: Male, white skin color, brown hair color, approximately 35 to 45 years of age, approximately 5'4- to 5'8ft in height, approximately 161 to 200 lbs.

      I asked the person spoken to whether the defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Dated: April 14, 2023

                                                                        David Campbell

Sworn to before me, the undersigned Notary Public, this 14 day of April 2023

_____
Notary Public

JANE LEE
Notary Public - State of New York
NO. 01LE6422949
Qualified in Queens County
My Commission Expires Oct 4, 2025